RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3395 (v)
202-307-0054 (f)
Dylan.C.Cerling@usdoj.gov

*Of Counsel:*
BART M. DAVIS
U.S. Attorney, District of Idaho

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE  DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. C18-0275 |
|---|---|
| Plaintiff, | |
| v. | **COMPLAINT FOR PERMANENT INJUNCTION** |
| JONATHAN PEIRSOL, | |
| Defendant. | |

The United States of America, Plaintiff, for its Complaint for permanent injunction and other relief against Jonathan Peirsol, alleges:

Complaint for Permanent Injunction
Case No. C18-0275

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

## NATURE OF THE ACTION

1. In this civil action, the United States seeks to permanently enjoin defendant Jonathan Peirsol from doing any of the following:

- Preparing federal income tax returns, amended returns, and other related documents and forms for any person or entity other than themselves or their lawful spouses;

- Directing or assisting in the preparation or filing of federal income tax returns for any person or entity other than themselves or their lawful spouses;

- Engaging in any action that is subject to penalty under 26 U.S.C. §§ 6694, 6695, 6700, 6701, or any criminal conduct prohibited by Title 26 of the United States Code;

- Engaging in any other conduct that substantially interferes with the proper administration of the federal internal revenue laws; and

- Promoting any false tax scheme.

## JURISDICTION, AUTHORIZATION, AND VENUE

1. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

2. Venue is proper in the District of Idaho pursuant to 28 U.S.C. § 1391(b)(1) because a substantial part of the events or omissions giving rise to the claim occurred in the District of Idaho.

Complaint for Permanent Injunction
Case No. C18-0275

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

## DEFENDANTS' ACTIVITIES

3. Jonathan Peirsol's permanent home is in Pocatello Idaho.

4. Jonathan Peirsol is a tax return preparer, preparing and filing tax returns under the name JJ Accounting Inc. Mr. Peirsol has been preparing tax returns as a paid preparer since about 2007.

5. In 2009, 2010, 2011, and 2012, Mr. Peirsol prepared at least 1100 individual income tax returns for customers who paid him for his services.

6. During that period, Mr. Peirsol prepared false income tax returns by adding false itemized deductions to Schedule A without the knowledge or consent of his customers.

7. The most common fraudulent expense was medical expenses, often thousands of dollars' worth, and generally an amount equivalent to 25% of the customer's reported income.

8. A number of Mr. Peirsol's customers were interviewed about those expenses; all interviewed customers said that the expense was false and that they had had no discussions with Mr. Peirsol about medical expenses, and had not provided him with any documentation regarding such expenses.

9. Mr. Peirsol also added false education expenses to many income tax returns without the knowledge or consent of his customers.

Complaint for Permanent Injunction
Case No. C18-0275

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

10. For some of the tax returns Mr. Peirsol prepared on behalf of others, Mr. Peirsol diverted a portion of the refund into a bank account he controlled, without the knowledge or consent of the customer.

11. Mr. Peirsol also failed to report any of the fees he collected for preparing income tax returns for customers in 2009, 2010, 2011, and 2012.

12. As an example of Mr. Peirsol's conduct, on March 19, 2012, Mr. Peirsol prepared and filed a 2011 tax return for "G.K.", one of his customers. That return included a claim for a fraudulent refund of $6,305 based on a false education credit of $2,186, which Mr. Peirsol added to the return without G.K.'s knowledge. Mr. Peirsol also directed $2,186 of the refund from this return be deposited to a bank account that Mr. Peirsol controlled, without the authorization or knowledge of G.K.

13. On January 17, 2017, Jonathan Peirsol signed a plea agreement in which he admitted to the facts set forth in ¶¶ 4–12 of this complaint,[1] and pleaded guilty to a single count of aiding and abetting the preparation of a false income tax return under 26 U.S.C. § 7206(2).

---

[1] The United States did slightly modify the wording of those facts in this Complaint, as compared to the plea agreement. The re-wording does not affect the substance; all alterations were made to improve readability.

Complaint for Permanent Injunction
Case No. C18-0275

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

*See U.S. v. Peirsol*, Case no. 1:17-cr-0019-BLW, Dkt. No. 2 (D. Id. Jan. 25, 2017). As a part of his plea, Mr. Peirsol consented to the entry of a permanent injunction barring him from preparing income tax returns for any individual or entity other than himself. (*Id.* at 5.)

14. On April 6, 2017, the Court formally accepted Mr. Peirsol's guilty plea. *Id.*, Dkt. No. 16. On May 11, 2017, the Court sentenced Mr. Peirsol to a term of imprisonment of twelve months and one day, with a year of supervised release, as well as restitution. *Id.*, Dkt. No. 25.

## COUNT I: INJUNCTION UNDER 7402

15. 26 U.S.C. § 7402(a) authorizes a district court to issue injunctions as may be necessary or appropriate for the enforcement of the internal revenue laws, even if the United States has other remedies available for enforcing those laws.

16. Mr. Peirsol, through the actions described above, has engaged in conduct that interferes substantially with the administration and enforcement of the internal revenue laws. Mr. Peirsol has substantially interfered with the enforcement of the internal revenue laws by filing federal tax returns on behalf of his customers that understate the actual tax liability through the use of false and fraudulent medical expenses, and false education credits.

17. As a result of Mr. Peirsol's misconduct, his customers filed tax returns containing materially false statements resulting in the reduction of

Complaint for Permanent Injunction
Case No. C18-0275

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

their tax liabilities, and underpayment of their taxes by thousands of dollars.

18. Mr. Peirsol's conduct irreparably harms the United States and the public for which there is no adequate remedy at law.

19. Mr. Peirsol's conduct interferes with the proper administration of the Internal Revenue Code because it results in false filings with the IRS that hinder the IRS's ability to determine the correct tax liabilities of Mr. Peirsol's customers.

20. As a result of the behavior alleged in this complaint, Mr. Peirsol has caused at least $62,441 in tax loss.

21. Unless enjoined by the Court, Mr. Peirsol may continue to promote and administer his false tax scheme.

22. The United States is entitled to injunctive relief under 26 U.S.C. § 7402(a) to prevent the recurrence of this misconduct.

WHEREFORE, Plaintiff, the United States of America, prays for the following relief:

A. That the Court find that Jonathan Peirsol has repeatedly and continually engaged in conduct subject to penalty under 26 U.S.C. §§ 6694 and 6701.

Complaint for Permanent Injunction
Case No. C18-0275

6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

B. That the Court find that Jonathan Peirsol has engaged in fraudulent and deceptive conduct that substantially interferes with the proper administration of the internal revenue laws.

C. That the Court find that permanently enjoining Jonathan Peirsol is necessary and appropriate in order to prevent the recurrence of his conduct.

D. That the Court, pursuant to 26 U.S.C. § 7402, enter an order against Jonathan Peirsol, permanently enjoining him from directly or indirectly:

- Preparing federal income tax returns, amended returns, and other related documents and forms for any person or entity other than himself, his lawful spouse, or entities of which he is an officer;

- Directing or assisting in the preparation or filing of federal income tax returns for any person or entity other than himself, his lawful spouse, other members of his immediate family, or entities of which he is an officer;

- Engaging in any action that is subject to penalty under 26 U.S.C. § 6694, 6695, 6700, 6701, or any criminal conduct prohibited by Title 26 of the United States Code;

Complaint for Permanent Injunction
Case No. C18-0275

7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

- Engaging in any other conduct that substantially interferes with the proper administration of the federal internal revenue laws; and
- Promoting any false tax scheme.

E. Peirsol is prohibited from actively owning,[2] controlling, or managing any business involving tax return preparation and/or the provision of tax advice, or maintaining a professional presence in any office, place of business, dwelling, or other abode, where tax returns are being prepared for a fee or professional tax returns are being provided;

F. That the Court enter an order that the United States is permitted to engage in post-judgment discovery to ensure compliance with the permanent injunction;

G. That the Court retain jurisdiction to enforce this permanent injunction;

H. That the Court grant the United States such other and further relief as may be appropriate under the circumstances.

//

//

---

[2] The term "active ownership" shall not include passive investment activities, for instance owning shares of a hedge fund that itself owns shares of a business that prepares taxes.

Complaint for Permanent Injunction
Case No. C18-0275

8

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

1 | Respectfully submitted this 18 day of June, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Dylan Cerling*
DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3395 (v)
202-307-0054 (f)
Dylan.C.Cerling@usdoj.gov

Of Counsel:
BART M. DAVIS
U.S. Attorney, District of Idaho

Attorneys for the United States

Complaint for Permanent Injunction
Case No. C18-0275

9

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Jonathan Peirsol

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Bannock County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Dylan Cerling, Department of Justice, Tax Division
PO Box 683, Washington, DC 20044

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
|  |  |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  |  |  | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |
|  |  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**26 USC 7402**

Brief description of cause:
Injunction enjoining defendant from preparing tax returns

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE  Chief Judge B. Lynn Winmill

DOCKET NUMBER  **4:17-cr-0019-BLW**

DATE  06/18/2018

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

CERTIFICATE OF MAILING

I hereby certify that on this 18th day of June, 2018, regardless of whether such a mailing is required by the rules, I sent a copy of the foregoing document by first-class mail, postage prepaid, to the following recipients:

JONATHAN PEIRSOL
466 Vista Dr.
Pocatello, ID 83201

                                  */s/ Dylan Cerling*
                                  DYLAN C. CERLING
                                  Trial Attorney
                                  United States Department of Justice, Tax Division

(Case No. )    1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395